IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA       :
                               :
              v.               :    1:13CR275-1
                               :
ERIC C. TURNER                 :

The United States Attorney charges:

On or about June 18, 2013, in the County of Forsyth, in the Middle District of North Carolina, ERIC C. TURNER, a postal employee, having taken charge of mail, did knowingly, willfully and voluntarily desert the mail before it was delivered into the post office at the termination of his route by placing said mail into a trash dumpster; all in violation of Title 18, United States Code, Section 1700.

*[signature]*
ROBERT M. HAMILTON
ASSISTANT UNITED STATES ATTORNEY

*[signature]*
RIPLEY RAND
UNITED STATES ATTORNEY

1