# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| ERIC C. TURNER | ) Case No. 1:13CR275-1 |
| | ) |
| | ) |
| *Defendant* | ) |

FILED SEP 03 2013, Clerk U.S. District Court, Greensboro, NC

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☑ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | Hiram H. Ward Federal Building & Courthouse<br>251 North Main Street<br>Winston-Salem, NC 27101 | Courtroom No.: 3 |
|---|---|---|
| | | Date and Time: 08/26/2013 2:30 pm |

This offense is briefly described as follows:

Deseration of Mail in violation of 18:1700.

Date: 08/12/2013

John S. Brubaker, Clerk
*Issuing officer's signature*

/s/ Joy Daniel, Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

☑ Executed and returned this summons   ☐ Returned this summons unexecuted

Date: 8/26/13

*DeAnn C. Poindexter*
*Server's signature*

DeAnn Poindexter, Special Agent
*Printed name and title*