IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:13CR275-1 |
| | : | |
| V. | : | |
| | : | |
| ERIC C. TURNER | : | FACTUAL BASIS |

NOW COMES the United States of America, by and through Ripley Rand, United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Federal Rules of Criminal Procedure, states the following:

The United States would present the following evidence at trial:

On June 18, 2013, a citizen residing in an apartment complex in Winston Salem observed a postal carrier, in uniform, and in a marked truck.  The carrier was observed taking two boxes of mail to the dumpster, throwing them inside the dumpster and driving off. The citizen confirmed the presence of mail in the dumpster and noted the truck number.  The citizen called the local postal station and reported the incident.  The mail was recovered from the dumpster and included some first class mail but no packages.  The first class mail included a letter from a mortgage company and a utility bill.  The mail had not been opened.

The investigators were quickly able to identify the defendant and he promptly admitted dumping the mail because he allegedly

could not finish his route in time.  The defendant stated he had

previously only dumped advertising material.

     This, the _____ day of September, 2013.

                  Respectfully submitted,

                  RIPLEY RAND
                  United States Attorney


                  /s/ ROBERT M. HAMILTON
                  Assistant United States Attorney
                  LASB #1400
                  P.O. Box 1858
                  Greensboro, NC 27402

                  336/333-5351

2

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA      :         1:13CR275-1
                           :
          V.              :
                           :
ERIC C. TURNER                :

CERTIFICATE OF SERVICE

    I hereby certify that on September \_\_\_, 2013, the foregoing

was filed with the Clerk of the Court and I will send

notification of such filing to the following:


Harvey A. Carpenter, IV, Esq.
100 S. Elm St., Suite 410
Greensboro, NC 27401


                           /S/ ROBERT M. HAMILTON
                           Assistant United States Attorney
                           LASB #1400
                           United States Attorney's Office
                           Middle District of North Carolina
                           P.O. Box 1858
                           Greensboro, NC  27402
                           Phone:  336/333-5351