IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  1:13CR275-1 |
| | ) | |
| ERIC C. TURNER, | ) | |
| | ) | |
| Defendant. | ) | |

SATISFACTION OF FINE

The fine in the above-entitled case ordered on December 12, 2013, in the amount of $250.00, having been paid, the Clerk of the United States District Court for the Middle District of North Carolina is hereby authorized and empowered to satisfy and cancel said fine imposed by the judgment of record.

This, the 14th day of January, 2014.

Respectfully submitted,

RIPLEY RAND
United States Attorney


/s/ Joan B. Binkley
Assistant United States Attorney
NCSB# 18100
Attorney for Plaintiff
United States Attorney's Office
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401
Telephone:  (336) 333-5351
E-mail:  joan.binkley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  1:13CR275-1 |
| | ) | |
| ERIC C. TURNER, | ) | |
| | ) | |
| Defendant. | ) | CERTIFICATE OF SERVICE |

I hereby certify that on January 14, 2014, the foregoing Satisfaction of Fine was electronically filed with the Clerk of the Court using the CM/ECF system, and I hereby certify that the document was mailed to the following non-CM/ECF participant:

Eric Turner
[Redacted pursuant to FRCrP 49.1(a)]
Winston-Salem, NC

Respectfully submitted,

RIPLEY RAND
United States Attorney


/s/ Joan B. Binkley
Assistant United States Attorney
NCSB# 18100
Attorney for Plaintiff
United States Attorney's Office
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401
Telephone:  (336) 333-5351
E-mail:  joan.binkley@usdoj.gov