# CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

**PAID** — 9-29-14 BC — JEP/KG

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| NCM | TURNER, ERIC C. | | 140918000162 |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 1:13-000275-001 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE |
|---|---|---|---|
| US v. TURNER | Misdemeanor | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED** 1) 18 1700.M -- DESERTION OF MAILS

**12. ATTORNEY'S NAME AND MAILING ADDRESS**
CARPENTER IV, HARVEY ALEXANDER
Suite 410
100 South Elm St.
Greensboro NC 27401

**13. COURT ORDER**
☒ O Appointing Counsel
Date of Order: 08/26/2013
Nunc Pro Tunc Date: 8/6/13

FILED AUG 20 2014 — Clerk U.S. District Court Greensboro, N.C. — By W.W.

FILED AUG 26 2013 — Clerk U.S. District Court Greensboro, NC

## CLAIM FOR SERVICES AND EXPENSES

| | CATEGORIES | HOURS CLAIMED | TOTAL AMOUNT CLAIMED |
|---|---|---|---|
| 15. | a. Arraignment and/or Plea | 2.2 | |
| In Court | b. Bail and Detention Hearings | — | |
| | c. Motion Hearings | — | |
| | d. Trial | — | |
| | e. Sentencing Hearings | .7 | |
| | f. Revocation Hearings | — | |
| | g. Appeals Court | — | |
| | h. Other | — | |
| | TOTALS: | 2.9 | 340.00 |
| 16. | a. Interviews and Conferences | 4.0 | |
| Out of Court | b. Obtaining and reviewing records | 5.4 | |
| | c. Legal research and brief writing | .8 | |
| | d. Travel time | 4.0 | |
| | e. Investigative and Other work | 3.5 | |
| | TOTALS: | 17.7 | 2070.00 |
| 17. | Travel Expenses | | 133.34 |
| 18. | Other Expenses | | — |
| | GRAND TOTALS: | | 2543.34 |

**19. CERTIFICATION** FROM 8-6-13 TO 12-12-13

**21. CASE DISPOSITION** 4

**22. CLAIM STATUS** ☒ Final Payment

Signature of Attorney: H. A. Carpenter IV — Date: 8-22-14

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR/CERT |
|---|---|---|---|---|
| 340.00 | 2,070.00 | 133.34 | | 2,543.34 |

**28. SIGNATURE OF PRESIDING JUDICIAL OFFICER** DATE 9/26/14 — 28a. JUDGE CODE 1808 / BBC